UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| LEONARD FOSTER,<br>*as administrator of the Estate of Armetta L.*<br>*Foster and as a representative on behalf of*<br>*K.W. and D.W., Jr.*,<br><br>          Plaintiffs,<br><br>v.<br><br>DUSTIN PATRICK, *et al.*,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   1:12-cv-179-HSM-SKL<br>)<br>)<br>)<br>)<br>) |

## ORDER

The parties were ordered to coordinate with the Court to schedule the depositions of K.W., and D.W., Jr. ("Minor Children") [Doc. 89]. On April 15, 2014, counsel for Plaintiffs advised that the attorneys for all parties had agreed to possible dates in late May and early June for the depositions of the Minor Children, but he requested a date in June instead of May to avoid conflict with the Minor Children's school schedule. The Amended Scheduling Order provides that all discovery in this case shall be completed by May, 14, 2014 [Doc. 84, PageID #: 898] and none of the proposed deposition dates fall prior to the discovery deadline. However, the Minor Children's depositions shall be scheduled to take place on **June 2, 2014** beginning at **9:30 a.m.** [EASTERN] at the United States District Courthouse. Counsel for Plaintiffs shall immediately contact Divisional Manager Janet McLemore (423-752-5200) to schedule the use of the Court's 3rd Floor Conference Room for the depositions, if available.

The Court is allowing the depositions of the Minor Children to be scheduled on June 2, 2014, well outside the close of discovery, but the taking of the Minor Children's depositions is the only discovery that will be allowed to take place after the close of discovery and shall not be construed

as an extension of the discovery deadline in this case. All other deadlines set forth in the Amended Scheduling Order remain in effect.

      SO ORDERED.

      ENTER:

                                            s/ *Susan K. Lee*
                                            SUSAN K. LEE
                                            UNITED STATES MAGISTRATE JUDGE

2

Case 1:12-cv-00179-HSM-SKL   Document 103   Filed 04/17/14   Page 2 of 2   PageID #: 967